1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  CONNOR A. DAVIS,
11            Plaintiff,                    No. CIV S-11-2721 GGH P
12       vs.
13  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
14  REHABILITATION, et al.,
15            Defendants.                   ORDER
16  _____/
17            Plaintiff, a Colusa County Jail inmate proceeding pro se, has filed a civil rights
18  action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma
19  pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which
20  must be completed by plaintiff's institution of incarceration has not been filled out. Also,
21  plaintiff has not filed a certified copy of his prison trust account statement for the six month
22  period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff
23  will be provided the opportunity to submit a completed in forma pauperis application and a
24  certified copy in support of his application.
25  /////
26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 12, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:md
davi2721.3c+.new