IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

        Plaintiff,                      No. CIV S-11-2721 GGH P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        By order filed January 3, 2012, plaintiff's complaint was dismissed and twenty-eight days' leave to file an amended complaint was granted. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff was cautioned that failure to file an amended complaint would result in a recommendation of dismissal of this action; however, since plaintiff has consented to the jurisdiction of the undersigned, <u>see</u> docket # 4, the undersigned will order, rather than recommend, dismissal.

        Accordingly, IT IS ORDERED that this action is dismissed . <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 22, 2012

                                    /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

GGH:009/davi2721.fta